GOLF COURSE ASSOC, LLC and Toll Bros., Inc., Petitioners Below, Appellants,

v.

NEW CASTLE COUNTY, New Castle County Department of Land Use, and New Castle County Board of Adjustment, Respondents Below, Appellees.

No. 200, 2016

Supreme Court of Delaware.

Submitted: December 7, 2016
Decided: December 9, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. 115A–02–007

AFFIRMED.

■

In the MATTER OF a MEMBER OF the BAR of the Supreme Court of the State of Delaware: Gerard F. GRAY.

No. 564, 2016

Supreme Court of Delaware.

Submitted: December 6, 2016
Decided: December 9, 2016

ACCEPTED.

■

David M. KLAUDER, in his capacity as the Chapter 7 Trustee for the Bankruptcy Estate of RayTrans Holdings, Inc., Cross–Plaintiff Below/Appellant,

and

Spring Real Estate, LLC d/b/a/ Spring Capital Group, Plaintiff Below/Appellant,

v.

ECHO/RT HOLDINGS, LLC and Echo Global Logistics, Inc., Defendants and Cross–Defendants Below/Appellees.

No. 133, 2016

Supreme Court of Delaware.

Submitted: October 25, 2016
Decided: December 12, 2016

Court Below—Court of Chancery of the State of Delaware, C.A. No. 7994

AFFIRMED.

■

STATE of Delaware, EX REL. Matthew P. DENN, Attorney General of the State of Delaware, Plaintiff Below, Appellant,

v.

HOMETOWN AMERICA COMMUNITIES, INC., a Delaware corporation, Defendant Below, Appellee.

No. 194, 2016

Supreme Court of Delaware.

Submitted: December 7, 2016
Decided: December 12, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. S15C–11–015

AFFIRMED. REMANDED.